**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

**WESTFIELD INSURANCE**
**COMPANY,**
            **Plaintiff,**

**v.**                                                    **Case No.: 7:22-cv-00605-MFU**

**DRAPER ADEN ASSOCIATES, INC**
            **Defendant.**


**STIPULATION OF DISMISSAL**

Plaintiff Westfield Insurance Company ("Westfield") and Defendant Draper Aden Associates, Inc. ("Draper Aden" and together with Westfield, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and through their respective undersigned counsel, hereby submit this stipulation of voluntary dismissal of this action *with prejudice*. All parties are responsible for their respective attorneys' fees and costs, except as otherwise agreed to by the parties.

Done this 14th day of February, 2024

**So Stipulated:**

 WESTFIELD INSURANCE COMPANY,
/s/ Diane U. Montgomery_____
By Counsel

Diane U. Montgomery, Esquire
 (VSB No. 31850)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
Phone: 804-560-9600
Fax: 804-560-5997
dmontgomery@midkifflaw.com
*Counsel for Plaintiff*

1

DRAPER ADEN ASSOCIATES, INC,
/s/ Pietro Sanitate
By Counsel

Christopher W. Stevens, Esquire
(VSB No. 41931)
Pietro Sanitate, Esquire
(VSB No. 89538)
Woods Rogers Vandeventer Black PLC
10 S. Jefferson Street, Suite 1800
Roanoke, VA 24011
Phone: 540-983-7538
Fax: 540 983-7711
Christopher.Stevens@wrvblaw.com
Pietro.Sanitate@wrvblaw.com
*Counsel for Defendant*